

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00646-CR

Gilbert **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-10-03043-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 31, 2018.

_____
Karen Angelini, Justice